E-filing

1
2
3
4
5
6                    UNITED STATES DISTRICT COURT
7                  NORTHERN DISTRICT OF CALIFORNIA
8    Nicole Brown-Booker
9    and Jana Overboo,                    No. C  C07-04397
10              Plaintiff(s),          **CONSENT TO PROCEED BEFORE A**
                                       **UNITED STATES MAGISTRATE JUDGE**
11        v.
12   Apple, Inc., et al.
              Defendant(s).
13
14   _____/
15      CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE
16      In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party
17   hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further
18   proceedings in the case, including trial, and order the entry of a final judgment.  Appeal from the
19   judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.
20
21   Dated:  8/29/07                     _____
                                         Signature
22
                                         Counsel for  Plaintiffs
23                                       (Plaintiff, Defendant or indicate "pro se")
24
25
26
27
28

United States District Court

For the Northern District of California