| *Attorney or Party without Attorney:*<br>PAUL L. REIN ESQ, Bar #43053<br>LAW OFFICES OF PAUL L. REIN<br>200 LAKESIDE DRIVE, STE A<br>Oakland, CA 94612<br>Telephone No: 510-832-5001   *FAX No:* 510-832-4787<br><br>*Attorney for:* Plaintiff | *For Court Use Only* |
|---|---|
| *Ref. No. or File No.:* | |

*Insert name of Court, and Judicial District and Branch Court:*
United States County Northern Court District Court Branch

*Plaintiff:* BROWN-BOOKER
*Defendant:* APPLE INC

| **PROOF OF SERVICE SUMMONS IN A CIVIL CASE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:* C0704397EMC |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Case; Complaint, Public Notice, Notice Of Assignment Of Case To A United States Magistrate Judge For Trial, Consent To Proceed Before A United States Magistrate Judge, Declination To Proceed Before A Magistrate Judge And Request For Reassignment To A United States District Judge, Scheduling Order For Cases Asserting Denial Of Rights Of Access Under Americans With Disabilities Act Title Iii, Standing Order For Civil Practice In Cases Assigned For All Purposes To Magistrate Judge, Us District Court Local Rules, Ecf Registration Information Handout

3. a. Party served:          APPLE, INC
   b. Person served:         MARGARET WILSON- AUTHORIZED TO ACCEPT

4. Address where the party was served:    CT CORPORATION SYSTEM
                                          818 WEST SEVENTH STREET
                                          LOS ANGELES, CA 90017

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Fri., Sep. 14, 2007 (2) at: 3:00PM

7. *Person Who Served Papers:*                               Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. B. ANDERSON
   
   1280 BOULEVARD WAY #205
   WALNUT CREEK, CA 94595
   (925) 947-3470
   FAX (925) 947-3480
   WWW.ONEHOUR.NET

   d. *The Fee for Service was:*    $70.00
   e. I am: (3) registered California process server
       (i)   Employee
       (ii)  Registration No.:    #3991
       (iii) County:              Los Angeles

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: Mon, Sep. 17, 2007

Judicial Council Form
Rule 982.9.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
SUMMONS IN A CIVIL CASE

(B. ANDERSON)

reinpr.8191