| Attorney or Party without Attorney: <br> PAUL L. REIN ESQ, Bar #43053 <br> LAW OFFICES OF PAUL L. REIN <br> 200 LAKESIDE DRIVE, STE A <br> Oakland, CA 94612 <br> Telephone No: 510-832-5001    FAX No: 510-832-4787 <br> Ref. No. or File No.: <br> Attorney for: Plaintiff | For Court Use Only |
|---|---|

Insert name of Court, and Judicial District and Branch Court:
United States County Northern Court District Court Branch

Plaintiff: BROWN-BOOKER
Defendant: APPLE INC

| **PROOF OF SERVICE** <br> **SUMMONS IN A CIVIL CASE** | Hearing Date: | Time: | Dept/Div: | Case Number: <br> C0704397EMC |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Case; Complaint, Public Notice, Notice Of Assignment Of Case To A United States Magistrate Judge For Trial, Consent To Proceed Before A United States Magistrate Judge, Declination To Proceed Before A Magistrate Judge And Request For Reassignment To A United States District Judge, Scheduling Order For Cases Asserting Denial Of Rights Of Access Under Americans With Disabilities Act Title Iii, Standing Order For Civil Practice In Cases Assigned For All Purposes To Magistrate Judge, Us District Court Local Rules, Ecf Registration Information Handout

3. a. Party served:          DEKA IMMOBELIEN INVESTMENT, GMBH, LLC
   b. Person served:         RHONDA TUCK- AUTHORIZED TO ACCEPT

4. Address where the party was served:    CORPORATION SERVICE COMPANY
                                          2730 GATEWAY OAKS DR #100
                                          SACRAMENTO, CA 95833

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Thu., Sep. 13, 2007 (2) at: 10:50AM

7. *Person Who Served Papers:*                          Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. PHIL OLIVAS
                                                        d. *The Fee for Service was:* $70.00



1280 BOULEVARD WAY #205
WALNUT CREEK, CA 94595
(925) 947-3470
FAX (925) 947-3480
WWW.ONEHOUR.NET

e. I am: (3) registered California process server
   (i)   Employee
   (ii)  Registration No.:    #93-027
   (iii) County:              Sacramento

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date: Fri, Sep. 14, 2007

                                                                    (PHIL OLIVAS)

Judicial Council Form                  PROOF OF SERVICE
Rule 982.9.(a)&(b) Rev January 1, 2007  SUMMONS IN A CIVIL CASE                          reinpr.8204