DAVID M. WALSH (SB# 120761)
(davidwalsh@paulhastings.com)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
515 South Flower Street
Twenty-Fifth Floor
Los Angeles, CA 90071-2228
Telephone: (213) 683-6000
Facsimile: (213) 627-0705

Attorney for Defendant
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

NICOLE BROWN-BOOKER, and JANA OVERBO,

Plaintiffs,

vs.

APPLE INC.; DEKA IMMOBILIEN INVESTMENT GMBH; and DOES 1-10, Inclusive,

Defendants.

Case No: 3:07-cv-04397-EMC

**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT APPLE INC. TO RESPOND TO PLAINTIFFS' COMPLAINT**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs Nicole Brown-Booker and Jana Overbo and Defendant Apple Inc. ("Apple"), through their respective counsel that, pursuant to Civil Local Rule 6-1(a), the time in which Apple may move, answer, or otherwise respond to Plaintiffs' Complaint, which was filed on August 24, 2007 (*see* Docket Item 1), and served on September 14, 2007, is extended from October 4, 2007 to October 19, 2007. This change will not alter the date of any event or any deadline already fixed by Court order.

///

///

PAGE 3/4 * RCVD AT 10/2/2007 2:36:34 PM [Pacific Daylight Time] * SVR:LAXRF1/5 * DNIS:9998 * CSID: * DURATION (mm-ss):01-20

Dated: October 4, 2007

Respectfully submitted,

PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: David M. Walsh

Attorneys for Defendant
APPLE INC.

Dated: October 2, 2007

LAW OFFICES OF PAUL L. REIN

By: Paul L. Rein
Julie A. Ostil

Attorneys for Plaintiffs
NICOLE BROWN-BOOKER, and JANA OVERBO

IT IS SO ORDERED:

Edward M. Chen
United States Magistrate Judge

LEGAL_US_W # 57210216.1

Case No. 3:07-CV-04397-EMC

-2-

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR APPLE TO RESPOND TO PLAINTIFFS' COMPLAINT

PAGE 4/4 * RCVD AT 10/2/2007 2:36:34 PM [Pacific Daylight Time] * SVR:LAXRF1/5 * DNIS:9998 * CSID: * DURATION (mm-ss):01-20

**PROOF OF SERVICE BY MAIL**

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 515 South Flower Street, Twenty-Fifth Floor, Los Angeles, California 90071-2228. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On October 4, 2007, I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the within document(s):

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT APPLE INC. TO RESPOND TO PLAINTIFFS' COMPLAINT

in a sealed envelope, postage fully paid, addressed as follows:

Paul L. Rein, Esq.
Julie A. Ostil, Esq.
Ann Winterman, Esq.
Law Offices of Paul L. Rein
200 Lakeside Drive, Suite A
Oakland, California 94612

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on October 4, 2007, at Los Angeles, California.

Susan Etheredge