1  DAVID M. WALSH (SB# 120761)
   (davidwalsh@paulhastings.com)
2  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   515 South Flower Street
3  Twenty-Fifth Floor
   Los Angeles, CA 90071-2228
4  Telephone:  (213) 683-6000
   Facsimile:  (213) 627-0705
5
   Attorney for Defendant
6  APPLE INC.

7

8                    UNITED STATES DISTRICT COURT
9                   NORTHERN DISTRICT OF CALIFORNIA
10                       SAN FRANCISCO DIVISION
11

12 NICOLE BROWN-BOOKER,                Case No: 3:07-cv-04397-EMC
   and JANA OVERBO,
13                                     STIPULATION AND [PROPOSED]
                Plaintiffs,            ORDER EXTENDING TIME FOR
14                                     DEFENDANT APPLE INC. TO RESPOND
       vs.                             TO PLAINTIFFS' COMPLAINT ; ORDER
15
   APPLE INC.; DEKA IMMOBILIEN
16 INVESTMENT GMBH; and DOES 1-10,
   Inclusive,
17
                Defendants.
18

19
       IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs Nicole
20
   Brown-Booker and Jana Overbo and Defendant Apple Inc. ("Apple"), through their respective
21
   counsel that, pursuant to Civil Local Rule 6-1(a), the time in which Apple may move, answer, or
22
   otherwise respond to Plaintiffs' Complaint, which was filed on August 24, 2007 (see Docket Item
23
   1), and served on September 14, 2007, is extended from October 4, 2007 to October 19, 2007.
24
   This change will not alter the date of any event or any deadline already fixed by Court order.
25
   ///
26
   ///
27

28
                                                    STIPULATION AND [PROPOSED] ORDER
                                                          EXTENDING TIME FOR APPLE TO
   Case No. 3:07-CV-04397-EMC                        RESPOND TO PLAINTIFFS' COMPLAINT

Dated: October 4, 2007

Respectfully submitted,

PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: _____
David M. Walsh

Attorneys for Defendant
APPLE INC.

Dated: October 2, 2007

LAW OFFICES OF PAUL L. REIN

By: _____
Paul L. Rein
Julie A. Ostil

Attorneys for Plaintiffs
NICOLE BROWN-BOOKER, and JANA OVERBO

IT IS SO ORDERED:

LEGAL_US_W # 57210216.1

_____
Edward M. Chen
United States Magistrate Judge

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Edward M. Chen]

Case No. 3:07-CV-04397-EMC

-2-

STIPULATION AND [PROPOSED] ORDER
EXTENDING TIME FOR APPLE TO
RESPOND TO PLAINTIFFS' COMPLAINT

**PROOF OF SERVICE BY MAIL**

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 515 South Flower Street, Twenty-Fifth Floor, Los Angeles, California 90071-2228. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On October 4, 2007, I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the within document(s):

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT APPLE INC. TO RESPOND TO PLAINTIFFS' COMPLAINT

in a sealed envelope, postage fully paid, addressed as follows:

Paul L. Rein, Esq.
Julie A. Ostil, Esq.
Ann Winterman, Esq.
Law Offices of Paul L. Rein
200 Lakeside Drive, Suite A
Oakland, California 94612

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on October 4, 2007, at Los Angeles, California.

_____
Susan Etheredge

LEGAL_US_W # 57236228.1

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT APPLE INC. TO RESPOND TO