DAVID M. WALSH (SB# 120761)
(davidwalsh@paulhastings.com)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
515 South Flower Street
Twenty-Fifth Floor
Los Angeles, CA 90071-2228
Telephone:   (213) 683-6000
Facsimile:   (213) 627-0705

Attorney for Defendant
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE BROWN-BOOKER, and JANA OVERBO,<br><br>Plaintiffs,<br><br>vs.<br><br>APPLE INC.; DEKA IMMOBILIEN INVESTMENT GMBH; and DOES 1-10, Inclusive,<br><br>Defendants. | No. C07-04397-EMC<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

DATED: October 4, 2007          Signature _____
                                                        David M. Walsh

Attorneys for Defendant
APPLE INC.

LEGAL_US_W # 57236491.1