## PROOF OF SERVICE BY MAIL

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 515 South Flower Street, Twenty-Fifth Floor, Los Angeles, California 90071-2228. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On October 5, 2007, I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the within document(s):

>   DECLINATION TO PROCEED BEFORE A MAGISTRATE
>   JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED
>   STATES DISTRICT JUDGE

in a sealed envelope, postage fully paid, addressed as follows:

>   DEKA IMMOBELIEN INVESTMENT, GMBH, LLC
>   CORPORATION SERVICE COMPANY
>   2730 GATEWAY OAKS DR #100
>   SACRAMENTO, CALIFORNIA 95833

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on October 5, 2007, at Los Angeles, California.

_____
Amanda Gilman

LEGAL_US_W # 57236228.1