DAVID M. WALSH (SB# 120761)
(davidwalsh@paulhastings.com)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
515 South Flower Street
Twenty-Fifth Floor
Los Angeles, CA 90071-2228
Telephone:  (213) 683-6000
Facsimile:  (213) 627-0705

Attorney for Defendant
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NICOLE BROWN-BOOKER, and JANA OVERBO,<br><br>Plaintiffs,<br><br>vs.<br><br>APPLE INC.; DEKA IMMOBILIEN INVESTMENT GMBH; and DOES 1-10, Inclusive,<br><br>Defendants. | Case No: 3:07-cv-04397-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS APPLE INC. AND DEKA IMMOBILIEN INVESTMENT GMBH TO RESPOND TO PLAINTIFFS' COMPLAINT** |

WHEREAS, Plaintiffs Nicole Brown-Booker and Jana Overbo (the "Plaintiffs") served the Summons and Complaint in this action ("Summons and Complaint") upon Defendant Deka Immobilien Investment GMBH ("Deka") on or about September 13, 2007 and Defendant Apple Inc. ("Apple") on or about September 14, 2007;

WHEREAS, Plaintiffs and Deka stipulated and agreed to extend the time to answer or otherwise respond to the Summons and Complaint to October 18, 2007;

WHEREAS, Plaintiffs and Apple stipulated and agreed to extend the time to answer or otherwise respond to the Summons and Complaint to October 19, 2007;

1     WHEREAS, all Defendants who have been served have requested additional time to answer or otherwise respond to the Summons and Complaint;

    WHEREAS, Plaintiffs agree to an approximately one week additional extension of the Defendants' time to answer or otherwise respond to the Summons and Complaint:

    IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs and Defendants through their respective counsel that Defendants' time to answer or otherwise respond to the Summons and Complaint shall be extended to and including October 26, 2007. This change will not alter the date of any event or any deadline already fixed by Court order.

Respectfully submitted,

Dated: October 18, 2007

PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: /s/
David M. Walsh

Attorneys for Defendant
APPLE INC.

///

///

///

Respectfully submitted,

Dated: October 18, 2007

ALLEN, MATKINS, LECK, GAMBLE, MALLORY & NATSIS LLP

By: /s/ Andrew E. Miller

Attorneys for Defendant
DEKA IMMOBILIEN INVESTMENT GMBH

///
///
///

Respectfully submitted,

Dated: October 18, 2007

LAW OFFICES OF PAUL L. REIN

By: /s/ Julie Ostil
Paul L. Rein
Julie A. Ostil
Attorneys for Plaintiffs
NICOLE BROWN-BOOKER, and JANA OVERBO

IT IS SO ORDERED:

LEGAL_US_W # 57337336.1

_____
Edward M. Chen
United States Magistrate Judge

## PROOF OF SERVICE BY MAIL

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 515 South Flower Street, Twenty-Fifth Floor, Los Angeles, California 90071-2228. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On October 18, 2007, I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the within document(s):

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS' APPLE INC. AND DEKA IMMOBILIEN INVESTMENT GMBH TO RESPOND TO PLAINTIFFS' COMPLAINT

in a sealed envelope, postage fully paid, addressed as follows:

Andrew E. Miller, Esq.
Allen, Matkins, Leck, Gamble, Mallory & Natsis LLP
515 South Figueroa Street, 7th Floor
Los Angeles, CA 90071-3398

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on October 18, 2007, at Los Angeles, California.

_Amanda Gilman_
Amanda Gilman

LEGAL_US_W # 57259028.1