1  PAUL L. REIN, Esq. (SBN 43053)
   JULIE A. OSTIL, Esq. (SBN 215202)
2  ANN WINTERMAN, Esq. (SBN 222257)
   LAW OFFICES OF PAUL L. REIN
3  200 Lakeside Drive, Suite A
   Oakland, CA 94612
4  Telephone: 510/832-5001
   Facsimile: 510/832-4787
5
   Attorneys for Plaintiffs
6  NICOLE BROWN-BOOKER
   and JANA OVERBO
7

8

9              UNITED STATES DISTRICT COURT
            NORTHERN DISTRICT OF CALIFORNIA
10

11

12  NICOLE BROWN-BOOKER            CASE NO. C07-04397 SI
    and JANA OVERBO,               Civil Rights
13
         Plaintiffs,
14
    v.                            CERTIFICATION OF
15                                INTERESTED ENTITIES OR
    APPLE, INC.; DEKA IMMOBILIEN   PERSONS
16  INVESTMENT GMBH, LLC; and
    DOES 1-10, Inclusive,
17
         Defendants.
18  _____/

19

20        Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this

21  date, other than the named parties, there is no such interest to report.

22

23  Dated: October 31, 2007        PAUL L. REIN
                                   JULIE A. OSTIL
24                                 ANN WINTERMAN
                                   LAW OFFICES OF PAUL L. REIN
25

26

27                                 Attorneys for Plaintiffs
                                   NICOLE BROWN-BOOKER
28                                 and JANA OVERBO

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
CASE NO. C07-04297 EMC

S:\SLR\APPLE\PLEADINGS\CERT INT PARTIES ND.PL.wpd