UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Nicole Brown-Booker and Jana Overbo,

             Plaintiff(s),

v.

Apple Inc.; Deka Immobilien Investment GMBH; and Does 1-10, Inclusive

             Defendant(s).         /

CASE NO. C07-4397 SI

NOTICE OF NEED FOR MEDIATION
(ADA ACCESS CASES)

    Plaintiff reports that the joint site inspection occurred on    November 12, 2007. Although 45 days have passed, the parties have not reached an agreement. In accordance with General Order No. 56, the matter should be set for mediation.

Dated: 01/02/08

                                                                Julie Ortil
                                                              Attorney for Plaintiff

---

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "Notice of Need for Mediation."