1  DAVID M. WALSH (SB# 120761)
   (davidwalsh@paulhastings.com)
2  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   515 South Flower Street
3  Twenty-Fifth Floor
   Los Angeles, CA 90071-2228
4  Telephone:  (213) 683-6000
   Facsimile:   (213) 627-0705
5
   Attorneys for Defendant
6  APPLE INC.

7

8                    UNITED STATES DISTRICT COURT
9                   NORTHERN DISTRICT OF CALIFORNIA
10                       SAN FRANCISCO DIVISION
11

12 NICOLE BROWN-BOOKER,                Case No: 3:07-cv-04397-EMC
   and JANA OVERBO,
13                                     **JOINT STIPULATION VACATING
              Plaintiffs,              COURT REFERRED MEDIATION;
14                                     [PROPOSED] ORDER**
         vs.
15
   APPLE INC.; DEKA IMMOBILIEN
16 INVESTMENT GMBH; and DOES 1-10,
   Inclusive,
17
              Defendants.
18

19

20

21

22

23

24

25

26

27

28

This Stipulation is entered into by and between Plaintiffs Nicole Brown-Booker and Jana Overbo ("Plaintiffs") and Defendant Apple Inc. ("Apple"), through their respective counsel of record:

WHEREAS, Plaintiffs filed a Notice of Need for Mediation pursuant to General Order 56 on January 3, 2008;

WHEREAS, the Court referred the above-captioned matter to mediation on January 7, 2008;

WHEREAS, the parties have mutually agreed to submit this matter to private mediation, and have retained Catherine A. Yanni, Esq., a full-time specialist in alternative dispute resolution practicing with JAMS, to act as mediator;

WHEREAS, the parties have reached an agreement on the payment of the costs relating to proceeding with private mediation;

WHEREAS, the parties anticipate this mediation will be completed by June 30, 2008;

NOW THEREFORE, the parties respectfully request that the Court vacate its order to refer the Case to mediation.

1  IT IS SO STIPULATED:

2

3                                          Respectfully submitted,

4  Dated: April 30, 2008                   PAUL, HASTINGS, JANOFSKY & WALKER LLP

5
                                           By: /s/ David M. Walsh
6                                              David M. Walsh

7                                          Attorneys for Defendant
                                           APPLE INC.
8

9  Dated: April 30, 2008                   LAW OFFICES OF PAUL L. REIN

10
                                           By: /s/ Julie Ostil
11                                             Paul L. Rein
                                               Julie A. Ostil
12                                         Attorneys for Plaintiffs
                                           NICOLE BROWN-BOOKER, and JANA OVERBO
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1  IT IS SO ORDERED:
2
3
   LEGAL_US_W # 57210216.1
4
                                            Susan Illston
                                            United States District Court Judge