DAVID M. WALSH (SB# 120761)
(davidwalsh@paulhastings.com)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
515 South Flower Street
Twenty-Fifth Floor
Los Angeles, CA 90071-2228
Telephone:     (213) 683-6000
Facsimile:     (213) 627-0705

Attorneys for Defendant
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NICOLE BROWN-BOOKER, and JANA OVERBO,<br><br>Plaintiffs,<br><br>vs.<br><br>APPLE INC.; DEKA IMMOBILIEN INVESTMENT GMBH; and DOES 1-10, Inclusive,<br><br>Defendants. | Case No: 3:07-cv-04397-EMC<br><br>**JOINT STIPULATION VACATING COURT REFERRED MEDIATION; [PROPOSED] ORDER** |

1        This Stipulation is entered into by and between Plaintiffs Nicole Brown-Booker

2  and Jana Overbo ("Plaintiffs") and Defendant Apple Inc. ("Apple"), through their respective

3  counsel of record:

4

5        WHEREAS, Plaintiffs filed a Notice of Need for Mediation pursuant to General

6  Order 56 on January 3, 2008;

7

8        WHEREAS, the Court referred the above-captioned matter to mediation on

9  January 7, 2008;

10

11        WHEREAS, the parties have mutually agreed to submit this matter to private

12  mediation, and have retained Catherine A. Yanni, Esq., a full-time specialist in alternative dispute

13  resolution practicing with JAMS, to act as mediator;

14

15        WHEREAS, the parties have reached an agreement on the payment of the costs

16  relating to proceeding with private mediation;

17

18        WHEREAS, the parties anticipate this mediation will be completed by June 30,

19  2008;

20        NOW THEREFORE, the parties respectfully request that the Court vacate its order

21  to refer the Case to mediation.

22

23

24

25

26

27

28

Case No. 3:07-CV-04397-EMC        -2-        STIPULATION AND [PROPOSED] ORDER
VACATING COURT REFERRED MEDIATION

1  IT IS SO STIPULATED:

2

3                                        Respectfully submitted,

4  Dated: April 30, 2008                 PAUL, HASTINGS, JANOFSKY & WALKER LLP

5
                                         By: _David M. Walsh_
6                                              David M. Walsh

7                                        Attorneys for Defendant
                                         APPLE INC.
8

9  Dated: April 30, 2008                 LAW OFFICES OF PAUL L. REIN

10
                                         By: _Julie Ostil_
11                                            Paul L. Rein
                                              Julie A. Ostil
12                                       Attorneys for Plaintiffs
                                         NICOLE BROWN-BOOKER, and JANA OVERBO
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. 3:07-CV-04397-EMC

STIPULATION AND [PROPOSED] ORDER
VACATING COURT REFERRED MEDIATION

1    IT IS SO ORDERED:

2

3                                              _____
                                               Susan Illston
4    LEGAL_US_W # 57210216.1                    United States District Court Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. 3:07-CV-04397-EMC                                    STIPULATION AND [PROPOSED] ORDER
                                                              VACATING COURT REFERRED MEDIATION