IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE BROWN-BOOKER, | No. C 07-04397SI |
| Plaintiff, | **NOTICE** |
| v. | |
| APPLE, INC., | |
| Defendant. | |

To All Parties:

YOU ARE HEREBY NOTIFIED THAT counsel is directed to file a status statement re: mediation on or before 8/28/08.

A further case management conference has been scheduled to occur on Friday, November 14, 2008 at 2:30 p.m. A joint case management conference statement shall be filed one week prior to the conference.

Dated: August 27, 2008    RICHARD W. WIEKING, Clerk



Tracy Sutton
Deputy Clerk