DAVID M. WALSH (SB# 120761)
(davidwalsh@paulhastings.com)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
515 South Flower Street
Twenty-Fifth Floor
Los Angeles, CA  90071-2228
Telephone:   (213) 683-6000
Facsimile:    (213) 627-0705

Attorneys for Defendant
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NICOLE BROWN-BOOKER, and JANA OVERBO, <br><br> Plaintiffs, <br><br> vs. <br><br> APPLE INC.; DEKA IMMOBILIEN INVESTMENT GMBH; and DOES 1-10, Inclusive, <br><br> Defendants. | Case No: 3:07-cv-04397-SI <br><br> **JOINT STATUS REPORT REGARDING MEDIATION** |

Pursuant to the Court's August 27, 2008 Notice, Plaintiffs Nicole Brown-Booker and Jana Overbo ("Plaintiffs") and Defendant Apple Inc. ("Apple") (jointly, the "Parties") submit the following joint report regarding the progress and status of the Parties' efforts to resolve this matter through mediation to date:

The Parties are continuing to engage in the mediation process and anticipate scheduling a further mediation session within the next thirty days. Pursuant to General Order No. 56, this matter has been stayed pending the outcome of the mediation.

Respectfully submitted,

Dated: August 28, 2008         PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: _____/s/_____
David M. Walsh

Attorneys for Defendant
APPLE INC.

Dated: August 28, 2008         LAW OFFICES OF PAUL L. REIN

By: _____/s/ (on consent)_____
Julie A. Ostil
Attorneys for Plaintiffs
NICOLE BROWN-BOOKER, and JANA OVERBO

LEGAL_US_W # 59841803.1