PAUL L. REIN, Esq. (SBN 43053)
CELIA McGUINNESS, Esq. (SBN 159420)
LAW OFFICES OF PAUL L. REIN
200 Lakeside Dr., Suite A
Oakland, CA 94612
(510) 832-5001

JULIE OSTIL, Esq. (SBN 215202)
LAW OFFICE OF JULIE A. OSTIL
1989 Santa Rita Rd., #A-405
Pleasanton, CA 94566
(925) 265-8257

Attorneys for Plaintiffs
NICOLE BROWN-BOOKER and
JANA OVERBO

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE BROWN-BOOKER and JANA OVERBO,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE, INC.; DEKA IMMOBILIEN INVESTMENT GMBH, LLC; and DOES 1-10, Inclusive,<br><br>Defendants. | CASE NO. C07-04397 SI<br><u>Civil Rights</u><br><br>**DECLARATION OF CELIA McGUINNESS IN SUPPORT OF PLAINTIFFS' MOTION FOR ADMINISTRATIVE RELIEF THAT THE PARTIES BE RELEASED FROM GENERAL ORDER 56** |

I, CELIA McGUINNESS, declare as follows:

1. I am an attorney licensed to practice in the courts of California and in the United States District Court for the Northern, Eastern and Central Districts of California, and have been in practice as an attorney for more than sixteen years.

2. On October 8, 2008, I sent an e-mail message to David Walsh and

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

DECLARATION OF CELIA McGUINNESS IN SUPPORT
OF PLAINTIFF'S MOTION FOR ADMINISTRATIVE RELIEF
CASE NO. C07-4397 SI                                         S:\CM\Cases\A\Apple\Pleadings\Declaration.wpd

Dockets.Justia.com

Jeff Michalowski, counsel for defendant **Apple, Inc.**. I sent the e-mail in the ordinary course of business through Microsoft Outlook to davidwalsh@paulhastings.com and jeffmichalowski@paulhastings.com, which I am informed and believe are the correct e-mail addresses for both men. I enquired whether their client would stipulate to relief from General Order 56 under Northern District Local Rule 7-11.

3. Since October 8, 2008, I have checked my e-mail message in-box several times per day. I am informed and believe that my e-mail system has been functioning during this time because I have received numerous other e-mail messages.

4. As of the date of this declaration, I have received no response to my message from either Mr. Walsh or Mr. Michalowski.

5. On October 14, 2008, I phoned Mr. Walsh and asked him if he would stipulate to being relieved from General Order 56. He told me that he had "no objection in principle" to stipulating but wanted to talk to the mediator before giving me an answer. As of the filing of this declaration he has not called me back.

6. I am informed and believe that Mr. Walsh spoke with my co-counsel Julie Ostil on October 14, 2008, as well. Based on what Ms. Ostil told me, I am informed and believe that he did not mention relief from General Order 56 to her.

I declare the above statement to be true and correct to the best of my knowledge except as to those matters averred upon information and belief; and as to those matters I believe them to be true to the best of my ability; and so declare under penalty of perjury and under the law of the State of California, on October 15, 2008, in the City of Oakland, California.

LAW OFFICES OF
**PAUL L. REIN**
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

DECLARATION OF CELIA McGUINNESS IN SUPPORT
OF PLAINTIFF'S MOTION FOR ADMINISTRATIVE RELIEF
CASE NO. C07-4397 SI        -2-        S:\CM\Cases\A\Apple\Pleadings\Declaration.wpd

Law Offices of Paul L. Rein

/s/ Celia McGuinness

CELIA McGUINNESS
Attorney for Plaintiffs
NICOLE BROWN-BOOKER and
JANA OVERBO

LAW OFFICES OF
**PAUL L. REIN**
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

DECLARATION OF CELIA McGUINNESS IN SUPPORT
OF PLAINTIFF'S MOTION FOR ADMINISTRATIVE RELIEF
CASE NO. C07-4397 SI
-3-
S:\CM\Cases\A\Apple\Pleadings\Declaration.wpd