PAUL L. REIN, Esq. (SBN 43053)
CELIA MCGUINNESS, Esq. (SBN 159420)
LAW OFFICES OF PAUL L. REIN
200 Lakeside Dr., Suite A
Oakland, CA 94612
(510) 832-5001

JULIE OSTIL, Esq. (SBN 215202)
LAW OFFICE OF JULIE A. OSTIL
1989 Santa Rita Rd., #A-405
Pleasanton, CA 94566
(925) 265-8257

Attorneys for Plaintiffs:
NICOLE BROWN-BOOKER and
JANA OVERBO

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE BROWN-BOOKER, JANA OVERBO,<br><br>    Plaintiffs,<br><br>v.<br><br>APPLE INC.; DEKA IMMOBILIEN INVESTMENT GMBH, LLC; and DOES 1-10, inclusive,<br><br>    Defendants.<br>_____/ | CASE NO. C07-04397 SI<br>Civil Rights<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR ADMINISTRATIVE RELIEF REQUESTING THAT THE PARTIES BE RELEASED FROM GENERAL ORDER 56** |

IT IS HEREBY ORDERED that Plaintiff's Motion for Administrative Relief Requesting that the Parties be Released from General Order 56 is GRANTED and advances the currently scheduled Case Management Conference, currently set for November 7, 2008 to _____. The Court allows discovery be opened immediately so that the parties can take necessary depositions and propound written discovery to prove their claims.

Dated: _____

HON. SUSAN ILLSTON
U.S. DISTRICT JUDGE

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

**[Proposed] Order Granting Plaintiffs' Motion for Administrative Relief: Case No. C07-4397 SI**

— 1 —

s:\jo\cases\a\apple store\pleadings\proposed order on motion for admin relief from go 56.doc