PAUL L. REIN, Esq. (SBN 43053)
CELIA MCGUINNESS, Esq. (SBN 159420)
LAW OFFICES OF PAUL L. REIN
200 Lakeside Dr., Suite A
Oakland, CA 94612
(510) 832-5001

JULIE OSTIL, Esq. (SBN 215202)
LAW OFFICE OF JULIE A. OSTIL
1989 Santa Rita Rd., #A-405
Pleasanton, CA 94566
(925) 265-8257

Attorneys for Plaintiffs:
NICOLE BROWN-BOOKER and
JANA OVERBO

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE BROWN-BOOKER, JANA OVERBO,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC.; DEKA IMMOBILIEN INVESTMENT GMBH, LLC; and DOES 1-10, inclusive,<br><br>Defendants.<br>_____/ | CASE NO. C07-04397 SI<br><u>Civil Rights</u><br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR ADMINISTRATIVE RELIEF REQUESTING THAT THE PARTIES BE RELEASED FROM GENERAL ORDER 56** |

IT IS HEREBY ORDERED that Plaintiff's Motion for Administrative Relief Requesting that the Parties be Released from General Order 56 is ~~GRANTED and advances the currently scheduled Case Management Conference, currently set for November 7, 2008 to _____. The Court allows discovery be opened immediately so that the parties can take necessary depositions and propound written discovery to prove their claims~~ **DENIED**.

Dated: _____

_[signature: Susan Illston]_

_____
HON. SUSAN ILLSTON
U.S. DISTRICT JUDGE

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

[Proposed] Order Granting Plaintiffs' Motion for
Administrative Relief: Case No. C07-4397 SI
— 1 —
s:\jo\cases\a\apple store\pleadings\proposed order on motion for admin relief from go 56.doc

Dockets.Justia.com