DAVID M. WALSH (SB# 120761)
(davidwalsh@paulhastings.com)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
515 South Flower Street
Twenty-Fifth Floor
Los Angeles, CA 90071-2228
Telephone: (213) 683-6000
Facsimile: (213) 627-0705

Attorneys for Defendants
APPLE INC. and
DEKA IMMOBILIEN INVESTMENT

PAUL L. REIN, Esq. (SBN 43053)
CELIA McGUINNESS (SBN # 159420)
LAW OFFICES OF PAUL L. REIN
200 Lakeside Dr., Suite A
Oakland, CA 94612
(510) 832-5001

JULIE OSTIL, Esq. (SBN 215202)
LAW OFFICE OF JULIE A. OSTIL
1989 Santa Rita Rd., #A-405
Pleasanton, CA 94566
(925) 265-8257

Attorneys for Plaintiffs
NICOLE BROWN-BOOKER and
JANA OVERBO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NICOLE BROWN-BOOKER, and JANA OVERBO,<br><br>Plaintiffs,<br><br>vs.<br><br>APPLE INC.; DEKA IMMOBILIEN INVESTMENT GMBH; and DOES 1-10, Inclusive,<br><br>Defendants. | Case No: 3:07-cv-04397-SI<br><br>**JOINT STIPULATION TO CONTINUE FURTHER CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER**<br><br>Date: December 18, 2008<br>Time: 4:00 p.m.<br>Ctrm: 10, 19th Floor |

Case No. 3:07-CV-04397-SI

JOINT STIPULATION TO CONTINUE FURTHER
CASE MANAGEMENT CONFERENCE

1  This Stipulation is entered into by and between Plaintiffs Nicole Brown-Booker
2  and Jana Overbo ("Plaintiffs") and Defendants Apple Inc. and Deka Immobilien Investment
3  GMBH ("Defendants") (collectively, the "Parties") through their respective counsel of record:

5  WHEREAS, a Further Case Management Conference is currently scheduled for
6  December 18, 2008 at 4:00 p.m. before this Court;

8  WHEREAS, the Parties filed their Updated Joint Case Management Statement
9  (Docket No. 27) on December 12, 2008, informing the Court that the Parties have settled the
10 principal action, subject to the Court's approval;

12 WHEREAS, the Parties are presently negotiating the remaining issue relating to
13 the payment of plaintiffs' attorneys' fees, litigation expenses and costs;

15 NOW THEREFORE, the Parties respectfully request that the December 18, 2008
16 Further Case Management Conference be continued to January 20, 2009 so that the Parties can
17 either settle these issues or agree to make an attorneys' fees motion to the Court.

IT IS SO STIPULATED:

                                            Respectfully submitted,

Dated: December 16, 2008       PAUL, HASTINGS, JANOFSKY & WALKER LLP

                                            By: _____/s/_____
                                                             David M. Walsh

                                            Attorneys for Defendant
                                            APPLE INC.

Dated: December 16, 2008      LAW OFFICES OF PAUL L. REIN

                                            LAW OFFICES OF JULIE A. OSTIL

                                            By: _____/s/ Paul L. Rein_____

                                            Attorneys for Plaintiffs
                                            NICOLE BROWN-BOOKER, and JANA OVERBO

Signature Attestation

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

Dated: December 16, 2008        PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: _____/s/_____
David M. Walsh

Attorneys for Defendants

# [PROPOSED] CASE MANAGEMENT ORDER

On the stipulation of the Parties, and good cause appearing therefore,

IT IS HEREBY ORDERED that the Further Case Management Conference set for Thursday, December 18, 2008, at 4:00 p.m. in this action is vacated.

IT IS HEREBY ORDERED that the Parties shall appear on Tuesday, January 20, 2009, at 4:00 p.m. for a Further Case Management Conference in this action, with the Parties' Joint Case Management Conference Statement due seven days prior.

Dated: December,    2008

_____
Susan Illston
United States District Court Judge

LEGAL_US_W # 60652757.1

Case No. 3:07-CV-04397-EMC    -5-    JOINT STIPULATION TO CONTINUE FURTHER CASE MANAGEMENT CONFERENCE