DAVID M. WALSH (SB# 120761)
(davidwalsh@paulhastings.com)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
515 South Flower Street
Twenty-Fifth Floor
Los Angeles, CA 90071-2228
Telephone: (213) 683-6000
Facsimile: (213) 627-0705

Attorneys for Defendants
APPLE INC. and
DEKA IMMOBILIEN INVESTMENT

PAUL L. REIN, Esq. (SBN 43053)
CELIA McGUINNESS (SBN # 159420)
LAW OFFICES OF PAUL L. REIN
200 Lakeside Dr., Suite A
Oakland, CA 94612
(510) 832-5001

JULIE OSTIL, Esq. (SBN 215202)
LAW OFFICE OF JULIE A. OSTIL
1989 Santa Rita Rd., #A-405
Pleasanton, CA 94566
(925) 265-8257

Attorneys for Plaintiffs
NICOLE BROWN-BOOKER and
JANA OVERBO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NICOLE BROWN-BOOKER, and JANA OVERBO, <br><br> Plaintiffs, <br><br> vs. <br><br> APPLE INC.; DEKA IMMOBILIEN INVESTMENT GMBH; and DOES 1-10, Inclusive, <br><br> Defendants. | Case No: 3:07-cv-04397-SI <br><br> **JOINT STIPULATION TO CONTINUE FURTHER CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER** <br><br> Date: January 20, 2009 <br> Time: 4:00 p.m. <br> Ctrm: 10, 19th Floor |

Case No. 3:07-CV-04397-SI

JOINT STIPULATION TO CONTINUE FURTHER
CASE MANAGEMENT CONFERENCE

1  This Stipulation is entered into by and between Plaintiffs Nicole Brown-Booker and Jana Overbo ("Plaintiffs") and Defendants Apple Inc. and Deka Immobilien Investment GMBH ("Defendants") (collectively, the "Parties") through their respective counsel of record:

WHEREAS, a Further Case Management Conference is currently scheduled for January 20, 2009 at 4:00 p.m. before this Court;

WHEREAS, the Parties recently agreed upon the settlement of this matter, subject to documentation and the Court's approval;

WHEREAS, the Parties are presently finalizing the Settlement Agreement and proposed Consent Decree;

NOW THEREFORE, the Parties respectfully request that the January 20, 2009 Further Case Management Conference be continued to February 2, 2009 so that the Parties can submit the Settlement Agreement and proposed Consent Decree for the Court's approval.

IT IS SO STIPULATED:

                                        Respectfully submitted,

Dated: January 19, 2009       PAUL, HASTINGS, JANOFSKY & WALKER LLP

By:         /s/
           David M. Walsh

Attorneys for Defendant
APPLE INC.

Dated: January 19, 2009       LAW OFFICES OF PAUL L. REIN

LAW OFFICES OF JULIE A. OSTIL

By:       /s/ (on consent)

Attorneys for Plaintiffs
NICOLE BROWN-BOOKER, and JANA OVERBO

Case No. 3:07-CV-04397-EMC    -3-    JOINT STIPULATION TO CONTINUE FURTHER CASE MANAGEMENT CONFERENCE

# [PROPOSED] CASE MANAGEMENT ORDER

On the stipulation of the Parties, and good cause appearing therefore,

IT IS HEREBY ORDERED that the Further Case Management Conference set for Tuesday, January 20, 2009, at 4:00 p.m. in this action is vacated.

IT IS HEREBY ORDERED that the Parties shall appear on Monday, February 2, at 4:00 p.m. for a Further Case Management Conference in this action, with the Parties' Joint Case Management Conference Statement due seven days prior.

Dated: January _____, 2009

_____
Susan Illston
United States District Court Judge

LEGAL_US_E # 82408937.1

Case No. 3:07-CV-04397-EMC -4- JOINT STIPULATION TO CONTINUE FURTHER CASE MANAGEMENT CONFERENCE