DAVID M. WALSH (SB# 120761)
(davidwalsh@paulhastings.com)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
515 South Flower Street
Twenty-Fifth Floor
Los Angeles, CA 90071-2228
Telephone: (213) 683-6000
Facsimile: (213) 627-0705

Attorneys for Defendants
APPLE INC. and
DEKA IMMOBILIEN INVESTMENT

PAUL L. REIN, Esq. (SBN 43053)
CELIA McGUINNESS (SBN # 159420)
LAW OFFICES OF PAUL L. REIN
200 Lakeside Dr., Suite A
Oakland, CA 94612
(510) 832-5001

JULIE OSTIL, Esq. (SBN 215202)
LAW OFFICE OF JULIE A. OSTIL
1989 Santa Rita Rd., #A-405
Pleasanton, CA 94566
(925) 265-8257

Attorneys for Plaintiffs
NICOLE BROWN-BOOKER and
JANA OVERBO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

NICOLE BROWN-BOOKER, and JANA OVERBO,

Plaintiffs,

vs.

APPLE INC.; DEKA IMMOBILIEN INVESTMENT GMBH; and DOES 1-10, Inclusive,

Defendants.

Case No: 3:07-cv-04397-SI

**JOINT STIPULATION TO CONTINUE FURTHER CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER**

Date: February 2, 2009
Time: 4:00 p.m.
Ctrm: 10, 19th Floor

This Stipulation is entered into by and between Plaintiffs Nicole Brown-Booker and Jana Overbo ("Plaintiffs") and Defendants Apple Inc. and Deka Immobilien Investment GMBH ("Defendants") (collectively, the "Parties") through their respective counsel of record:

WHEREAS, a Further Case Management Conference is currently scheduled for February 2, 2009 at 4:00 p.m. before this Court;

WHEREAS, the Parties recently agreed upon the settlement of this matter, subject to documentation and the Court's approval;

WHEREAS, the Parties are presently finalizing the Settlement Agreement and proposed Consent Decree;

NOW THEREFORE, the Parties respectfully request that the February 2, 2009 Further Case Management Conference be continued to February 16, 2009 so that the Parties can submit the Settlement Agreement and proposed Consent Decree for the Court's approval.

IT IS SO STIPULATED:

Dated: January 30, 2009

Respectfully submitted,

PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: /s/
David M. Walsh

Attorneys for Defendant
APPLE INC.

Dated: January 30, 2009

LAW OFFICES OF PAUL L. REIN

LAW OFFICES OF JULIE A. OSTIL

By: (see attached)

Attorneys for Plaintiffs
NICOLE BROWN-BOOKER, and JANA OVERBO

-3-

JOINT STIPULATION TO CONTINUE FURTHER CASE MANAGEMENT CONFERENCE

Case No. 3:07-CV-04397-EMC

IT IS SO STIPULATED:

Dated: January 30, 2009

Respectfully submitted,

PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: ______________________
David M. Walsh

Attorneys for Defendant
APPLE INC.

Dated: January 30, 2009

LAW OFFICES OF PAUL L. REIN

LAW OFFICES OF JULIE A. OSTIL

By: ______________________

Attorneys for Plaintiffs
NICOLE BROWN-BOOKER, and JANA OVERBO

-3-

JOINT STIPULATION TO CONTINUE FURTHER CASE MANAGEMENT CONFERENCE

Case No. 3:07-CV-04397-EMC

PAGE 4/5 * RCVD AT 1/30/2009 3:41:11 PM [Pacific Standard Time] * SVR:LAXRF1/4 * DNIS:9998 * CSID: * DURATION (mm-ss):01-38

**[PROPOSED] CASE MANAGEMENT ORDER**

On the stipulation of the Parties, and good cause appearing therefore,

IT IS HEREBY ORDERED that the Further Case Management Conference set for Monday, February 2, 2009, at 4:00 p.m. in this action is vacated.

IT IS HEREBY ORDERED that the Parties shall appear on Monday, February 16, at 4:00 p.m. for a Further Case Management Conference in this action.

Dated: January ______, 2009

Susan Illston
United States District Court Judge

LEGAL_US_W # 60949322.1

Case No. 3:07-CV-04397-EMC
-4-
JOINT STIPULATION TO CONTINUE FURTHER CASE MANAGEMENT CONFERENCE