DAVID M. WALSH (SB# 120761)
(davidwalsh@paulhastings.com)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
515 South Flower Street
Twenty-Fifth Floor
Los Angeles, CA 90071-2228
Telephone: (213) 683-6000
Facsimile: (213) 627-0705

Attorneys for Defendants
APPLE INC. and
DEKA IMMOBILIEN INVESTMENT

PAUL L. REIN, Esq. (SBN 43053)
CELIA McGUINNESS (SBN # 159420)
LAW OFFICES OF PAUL L. REIN
200 Lakeside Dr., Suite A
Oakland, CA 94612
(510) 832-5001

JULIE OSTIL, Esq. (SBN 215202)
LAW OFFICE OF JULIE A. OSTIL
1989 Santa Rita Rd., #A-405
Pleasanton, CA 94566
(925) 265-8257

Attorneys for Plaintiffs
NICOLE BROWN-BOOKER and
JANA OVERBO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NICOLE BROWN-BOOKER, and JANA OVERBO,<br><br>Plaintiffs,<br><br>vs.<br><br>APPLE INC.; DEKA IMMOBILIEN INVESTMENT GMBH; and DOES 1-10, Inclusive,<br><br>Defendants. | Case No: 3:07-cv-04397-SI<br><br>**JOINT STIPULATION TO CONTINUE FURTHER CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER**<br><br>Date: February 2, 2009<br>Time: 4:00 p.m.<br>Ctrm: 10, 19th Floor |

JOINT STIPULATION TO CONTINUE FURTHER
CASE MANAGEMENT CONFERENCE

Case No. 3:07-CV-04397-SI

1  This Stipulation is entered into by and between Plaintiffs Nicole Brown-Booker
2  and Jana Overbo ("Plaintiffs") and Defendants Apple Inc. and Deka Immobilien Investment
3  GMBH ("Defendants") (collectively, the "Parties") through their respective counsel of record:
4
5  WHEREAS, a Further Case Management Conference is currently scheduled for
6  February 2, 2009 at 4:00 p.m. before this Court;
7
8  WHEREAS, the Parties recently agreed upon the settlement of this matter, subject
9  to documentation and the Court's approval;
10
11  WHEREAS, the Parties are presently finalizing the Settlement Agreement and
12  proposed Consent Decree;
13
14  NOW THEREFORE, the Parties respectfully request that the February 2, 2009
15  Further Case Management Conference be continued to February 16, 2009 so that the Parties can
16  submit the Settlement Agreement and proposed Consent Decree for the Court's approval.
17
18
19
20
21
22
23
24
25
26
27
28

Case No. 3:07-CV-04397-EMC -2- JOINT STIPULATION TO CONTINUE FURTHER CASE MANAGEMENT CONFERENCE

1    IT IS SO STIPULATED:

2

3                                          Respectfully submitted,

4    Dated: January 30, 2009        PAUL, HASTINGS, JANOFSKY & WALKER LLP

5

6                                          By:          /s/
                                                     David M. Walsh

7                                          Attorneys for Defendant
                                         APPLE INC.

8

9    Dated: January 30, 2009        LAW OFFICES OF PAUL L. REIN

10                                         LAW OFFICES OF JULIE A. OSTIL

11

12                                          By:          (see attached)

13                                          Attorneys for Plaintiffs
                                         NICOLE BROWN-BOOKER, and JANA OVERBO

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1  IT IS SO STIPULATED:

2

3                                        Respectfully submitted,

4  Dated: January 30, 2009               PAUL, HASTINGS, JANOFSKY & WALKER LLP

5
                                         By: _____
6                                                     David M. Walsh

7                                        Attorneys for Defendant
                                         APPLE INC.
8

9  Dated: January 30, 2009               LAW OFFICES OF PAUL L. REIN

10                                       LAW OFFICES OF JULIE A. OSTIL

11                                       By: _____

12                                       Attorneys for Plaintiffs
                                         NICOLE BROWN-BOOKER, and JANA OVERBO
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-3-                                                JOINT STIPULATION TO CONTINUE FURTHER
                                                   CASE MANAGEMENT CONFERENCE

Case No. 3-07-CV-04397-BMC

# [PROPOSED] CASE MANAGEMENT ORDER

On the stipulation of the Parties, and good cause appearing therefore,

IT IS HEREBY ORDERED that the Further Case Management Conference set for Monday, February 2, 2009, at 4:00 p.m. in this action is vacated.

IT IS HEREBY ORDERED that the Parties shall appear on Monday, February 18 [16 struck through], at 4:00 p.m. for a Further Case Management Conference in this action.

Dated: January ____, 2009

_____
Susan Illston
United States District Court Judge

LEGAL_US_W # 60949322.1

Case No. 3:07-CV-04397-EMC

-4-

JOINT STIPULATION TO CONTINUE FURTHER CASE MANAGEMENT CONFERENCE