1  PAUL L. REIN, Esq. (SBN 43053)
   JULIE OSTIL, Esq. (SBN 215202)
2  LAW OFFICES OF PAUL L. REIN
   200 Lakeside Dr., Suite A
3  Oakland, CA 94612
   (510) 832-5001
4  (510) 832-4787 fax

5  Attorneys for Plaintiffs
   NICOLE BROWN-BOOKER and JANA OVERBO
6
   DAVID M. WALSH, Esq. (SBN 120761)
7  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   515 South Flower St., 25th Floor
8  Los Angeles, CA 90071-2228
   (213) 683-6000
9  (213) 627-0705 fax

10 JEFF MICHALOWSKI, Esq.
   PAUL, HASTINGS, JANOFSKY & WALKER LLP
11 55 Second Street, 24th Floor
   San Francisco, CA 94105
12 (415) 856-7060
   (415) 856-7100 fax

13
   Attorney for Defendants
14 APPLE INC.;
   DEKA IMMOBILIEN INVESTMENT GMBH, LLC

15                    UNITED STATES DISTRICT COURT
16                   NORTHERN DISTRICT OF CALIFORNIA

17 NICOLE BROWN-BOOKER and          CASE NO. 3:07-CV-4397-SI
   JANA OVERBO,                     Civil Rights
18
               Plaintiffs,
19                                  **[PROPOSED] ORDER ON STIPULATED
         v.                         CONSENT DECREE**
20
21 APPLE INC.; DEKA IMMOBILIEN
   INVESTMENT GMBH, LLC; and
22 DOES 1-10, inclusive,

23             Defendants.

Case No. 3:07-CV-4397-SI                -1-                [PROPOSED] ORDER ON STIPULATED
                                                                       CONSENT DECREE

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

The Court, having considered the Stipulated Consent Decree filed by the parties hereto, and good cause otherwise showing therefor, hereby adopts the terms of the Stipulated Consent Decree and enters the Stipulated Consent Decree as its Order.

**IT IS SO ORDERED.**

Dated: _____

*/s/ Susan Illston*

_____
Honorable Susan Illston
United States District Judge

LEGAL_US_W # 61056093.1

Case No. 3:07-CV-4397-SI

-2-

[PROPOSED] ORDER ON STIPULATED CONSENT DECREE